Jian Sun v Todorov (2023 NY Slip Op 50983(U))

[*1]

Jian Sun v Todorov

2023 NY Slip Op 50983(U)

Decided on September 18, 2023

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 18, 2023
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, James, JJ.

570607/23

Jian Sun, Plaintiff-Appellant,
against
Mario Todorov and TF Cornerstone Inc., Defendants-Respondents.

Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Emily Morales-Minerva, J.), entered April 7, 2022, after inquest, in favor of defendants dismissing the action.

Per Curiam.
Judgment (Emily Morales-Minerva, J.), entered April 7, 2022, affirmed, without costs.
The record establishes that the inquest court applied the appropriate rules and principles of substantive law and accomplished substantial justice (CCA 1804, 1807) in rejecting plaintiff food delivery worker's claim for damages stemming from the alleged theft of his electric bicycle from the public sidewalk in front of defendants' apartment building. Plaintiff failed to show that defendants, the property management company and property manager, breached any duty to plaintiff that proximately caused the theft of the bicycle, which plaintiff admittedly left unsecured and unattended on the sidewalk.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 18, 2023